# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON SCIENTIFIC CORP., SCIMED LIFE SYSTEMS INC., AND BOSTON SCIENTIFIC SCIMED, INC., <br><br> Defendants. | Civil Action No.: 2-09 CV-28-TJW <br><br> Before: Hon. T. John Ward |

## JOINT MOTION TO DISMISS

On January 23, 2009, the Court severed post-verdict causes of action in *Medtronic Vascular Inc. v. Boston Scientific Corporation*, CA No. 2-06-78 (TJW) and assigned them to a new case as captioned above. (Dkt No. 283.) In light of the settlement and the pending stipulated dismissal with prejudice of all claims and counterclaims in the parent case (Dkt. No. 286), Plaintiffs Medtronic, Inc., Medtronic Vascular, Inc., Medtronic USA, Inc., and Medtronic Vascular Galway, Ltd. and Defendants Boston Scientific Corporation, SciMed Life Systems Inc. and Boston Scientific SciMed, Inc. jointly move the Court to dismiss with prejudice all causes of action of the above-referenced action.

| | |
|---|---|
| Dated: February 4, 2009 | /s/ Samuel F. Baxter |
| | Samuel F. Baxter (SBN 01938000) |
| | sbaxter@mckoolsmith.com |
| | MCKOOL SMITH P.C. |
| | 104 E. Houston, Suite 300 |
| | Marshall, TX 75670 |
| | Telephone: 903-923-9000 |
| | Facsimile: 903-923-9099 |
| | |
| | Theodore Stevenson III (SBN 19196650) |
| | tstevenson@mckoolsmith.com |
| | Mark L. Mathie (SBN 13191550) |
| | mmathie@mckoolsmith.com |
| | Bradley W. Caldwell (SBN 24040630) |
| | bcaldwell@mckoolsmith.com |
| | MCKOOL SMITH, PC |
| | 300 Crescent Court, Suite 1500 |
| | Dallas, TX 75201 |
| | Tel: 214-978-4000 |
| | Fax: 214-978-4044 |
| | |
| | ***Attorneys for Plaintiffs*** |

| | |
|---|---|
| Dated:  February 4, 2009 | /s/ S. Calvin Capshaw |

Calvin Capshaw – Lead Attorney (SBN 03783900)
ccapshaw@mailbmc.com
Elizabeth L. DeRieux (SBN 05770585)
ederieux@mailbmc.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, TX 75601-5157
Telephone:  903-236-9800
Facsimile:  903-236-8787

Of Counsel:

Edward Han (admitted *pro hac vice*)
hane@howrey.com
Matthew M. Wolf (admitted *pro hac vice*)
wolfm@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue NW
Washington, D.C. 20004-2407
Telephone:  202-383-0800
Facsimile:  202-383-6610

Wallace Wu (admitted *pro hac vice*)
wuw@howrey.com
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone:  213-892-1812
Facsimile:  213-892-2300

Robert E. McAlhany, Jr. (admitted *pro hac vice*)
mcalhanyr@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone:  650-798-3500
Facsimile:  650-798-3600

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service on this fourth day of February, 2009. Local Rule CV-5(a)(3)(A).

     /s/ Sam F. Baxter